# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| FORME LEE GENWRIGHT | ) Case No: 5:06CR22-06 |
| | ) USM No: 21619-058 |
| Date of Previous Judgment: October 10, 2007 | ) Lucky Osho |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 37  Amended Offense Level: 35
Criminal History Category: VI  Criminal History Category: VI
Previous Guideline Range: 360 to Life months  Amended Guideline Range: 292 to 365 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction as Defendant was originally sentenced at the statutory minimum pursuant to USSG § 5K1.1. Thus, a reduction in his guideline range would not have resulted in a lesser sentence, as there was no waiver under 3553(e) filed at sentencing.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated October 10, 2007, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: December 18, 2009

Effective Date: _____
(if different from order date)

Richard L. Voorhees
United States District Judge