# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:06-CR-00022-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| FORME LEE GENWRIGHT, | |
| Defendant. | |

Pursuant to the First Step Act of 2018 and upon Motion of Defendant **FORME LEE GENWRIGHT** for an Amended Judgment and reduction in sentence, the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of **TIME SERVED PLUS FIVE (5) DAYS.** The Government has indicated that it agrees with a time-served sentence.

The Court further **ORDERS** that the Defendant, upon release from imprisonment, shall be placed on supervised release for a term of 8 years on Count 1.

All other terms and conditions of Defendant's sentence remain in full force and effect.

**IT IS SO ORDERED.**

Signed: February 12, 2020

Kenneth D. Bell
United States District Judge